**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE DALORIES FRYE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **Case No. 1:15-cv-01819-EPG**<br><br>**FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |

    This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for supplemental security income and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 6, 8.)

    At the hearing on February 15, 2017, the Court heard from the parties and, having reviewed the record, administrative transcript, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows:

    For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on February 15, 2017, the Court finds that the decision of the Commissioner of Social Security should be reversed and the case should be remanded for further proceedings. The

Administrative Law Judge gave significant weight to the psychiatric evaluation of Plaintiff conducted by Lance A. Portnoff, Ph.D., who determined that Plaintiff would have, among other limitations: (1) "mild to moderate limitations in her ability to interact with coworkers [and] the public"; (2) "moderate limitation in her ability to complete a normal workday or workweek without interruptions from a psychiatric condition due to psychiatric symptoms"; and, (3) moderate limitations in "[h]er ability to deal with work stress encountered in a competitive work environment."

The Administrative Law Judge found that Plaintiff had a residual functional capacity to engage in "simple, routine tasks," but this residual functional capacity determination does not appear to encompass the above limitations, despite the fact that the Administrative Law Judge appears to have adopted them. On remand, the Administrative Law Judge shall examine the record with respect to the above limitations to determine whether they should be incorporated into the Plaintiff's residual functional capacity. If they should not be incorporated into the residual functional capacity, the Administrative Law Judge should explain why. Alternatively, the Administrative Law Judge may reformulate the residual functional capacity to include the limitations and continue her analysis using the five step process.

Accordingly, the Court GRANTS Plaintiff's appeal from the administrative decision of the Commissioner of Social Security and the case is remanded to the Social Security Administration. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Christine Frye and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 16, 2017**             /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE