Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
5740 N. Palm Avenue
Suite 103
Fresno, CA 93704
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com

Karl E. Osterhout, Esq.
521 Cedar Way, Suite 200
Oakmont, PA 15139
Tel: 412-794-8003
Fax: 412-794-8050
Email: karl@mydisabilityattorney.com

Attorneys for Plaintiff, Christine Dalories Frye

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DALORIES FRYE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:15-CV-01819-EFB<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |

TO THE HONORABLE ERICA P.GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND, TWO HUNDRED DOLLARS ($7,200.00) under the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412(d), and FOUR HUNDRED ($400.00) in costs to be paid separately from the Judgment Fund. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Karl E. Osterhout.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under EAJA or otherwise. Payment of SEVEN THOUSAND, TWO HUNDRED DOLLARS ($7,200.00) in EAJA attorney fees, and FOUR HUNDRED ($400.00) in costs to be paid separately from the Judgment Fund, shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Karl E. Osterhout, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: May 8, 2017  /s/ Karl E. Osterhout
KARL E. OSTERHOUT
Attorney for Plaintiff

Dated: May 8, 2017  /s/ Jonathan O. Peña
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: May 16, 2017  PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Sharon Lahey*[1]
SHARON LAHEY
Special Assistant U.S. Attorney
Attorneys for Defendant

---

[1] Permission for use of electronic signature obtained from counsel by email dated 5/16/17.

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,200.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and $400.00 in costs to be paid separately from the Judgment Fund pursuant to the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated: **May 19, 2017**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE